**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES M. DIIULIO,** | : | CIVIL ACTION |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No.: 25-cv-4860** |
| | : | |
| **ABBOTT LABORATORIES, INC, et al.,** | : | |
| **Defendants.** | : | |

## <u>MOTION AND ORDER</u>

AND NOW, this 25th day of June, 2026, the Court having received an email request from

all Parties to extend discovery deadlines, it is ORDERED that the request is treated as a motion,

and upon consideration the motion is GRANTED.

BY THE COURT:

/s/ Lynne A. Sitarski

_____

LYNNE A. SITARSKI
United States Magistrate Judge