**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES M. DIIULIO,** | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **No.: 25-cv-4860** |
| | : | |
| **ABBOTT LABORATORIES, INC, et al.,** | : | |
| **Defendants.** | : | |

**AMENDED SCHEDULING ORDER**

AND NOW, this ___25th___ day of June, 2026, upon consideration of the parties joint

request for an extension of deadlines, the Court enters the following ORDER:

1.      All fact discovery shall be completed by ___August 31, 2026___.

2.      The parties shall complete mediation by ___September 11, 2026___.

3.      Any motions for summary judgment shall be filed on or before ___October 9, 2026___.

Response(s) to any such motion shall be filed within **twenty-one (21) days** of service of

the motion. Reply briefs shall be filed within **fourteen (14) days** of service of a response

brief.

4.      Expert reports shall be due **sixty (60) days** following a ruling on any motion for

summary judgment. Any rebuttal expert reports shall be due **twenty-one (21) days** after

service of an expert report. Expert discovery, if any, shall be completed by **fourteen (14)**

**days** after the deadline for rebuttal expert reports.


BY THE COURT:

___/s/ Lynne A. Sitarski___
LYNNE A. SITARSKI
United States Magistrate Judge